AUSA: Margaret N. Vasu

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>UNITED STATES OF AMERICA<br><br>v.<br><br>CARSEN MANSFIELD,<br>a/k/a "noname45.#0,"<br><br>Defendant. | 25mj1168<br><br>**SEALED COMPLAINT**<br><br>Violations of 18 U.S.C. §875(d)<br><br>COUNTY OF OFFENSE:<br>ORANGE |

SOUTHERN DISTRICT OF NEW YORK, ss.:

WILLIAM LAHAM, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

**COUNT ONE**
**(Extortionate Interstate Communications)**

1. On or about August 4, 2024, in the Southern District of New York and elsewhere, CARSEN MANSFIELD, a/k/a "noname45.#0," the defendant, knowingly and with intent to extort things of value from a person, transmitted in interstate commerce a communication containing a threat to injure the reputation of another person, to wit, MANSFIELD sent messages via Discord to a then 17-year-old minor ("Minor Victim-1") from Orange County, New York, threatening to distribute sexually explicit images and videos of Victim-1 if Victim-1 did not send him sexually explicit videos via Discord.

(Title 18, United States Code, Section 875(d).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2. I am a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the FBI's New York Field Office as a member of the Hudson Valley Safe Streets Task Force. I have been employed by the FBI since December 2022. Prior to that time, I was employed as a Maryland State Trooper for over seven years. I have participated in a number of investigations into the sexual exploitation of children and the production, receipt, possession, and/or distribution of child pornography by electronic means, as well as investigations involving financial and sexual extortion. I have gained expertise in these areas through work related to conducting these types of investigations and trainings, most recently completing the weeklong FBI Crimes Against Children Basic Investigator Course.

3. I have been personally involved in the investigation of this matter, and I am familiar with the information contained in this Complaint based on my own personal participation in the investigation, my review of documents, conversations I have had with other law enforcement officers about this matter, my training and experience, and numerous discussions I have had with other law enforcement personnel concerning the creation,

distribution, and proliferation of child pornography. Because this Complaint is being submitted for the limited purpose of establishing probable cause to arrest the defendant, I have not included the details of every aspect of the investigation. Where actions, conversations, and statements of others are related herein, they are related in substance and in part, except where otherwise indicated.

4. Based on my experience and training, I am familiar with a free-access instant messaging and VoIP (Voice over Internet Protocol) social platform named "Discord." Discord allows users to communicate through voice calls, video calls, text messaging, and media, including photos and videos. Communication can be private or take place in virtual communities called "servers."

5. On or about August 4, 2024, the FBI received a report concerning contact between Minor Victim-1, who was located in Michigan, and an unknown subject (the "Subject") over Discord that took place earlier that day. Based on my review of that report, as well as lawfully obtained records from Discord, I know the following:

   a. The Subject used the display name "nonme45.#0" on Discord (the "Subject Discord Account").

   b. The Subject added Victim-1 on Discord at approximately 2 a.m. EDT on or about August 4, 2024.

   c. The Subject sent Victim-1 a series of photographs that Victim-1 recognized as nude photos of Victim-1 that Victim-1 had taken previously (the "Nude Photographs").

   d. The Subject then demanded that Victim-1 send him additional explicit materials and threatened to distribute the Nude Photographs of Victim-1 if Victim-1 did not comply with his demand. The demand is excerpted, in relevant part, below:

| | |
|---|---|
| Subject: | Hey [Minor Victim-1] would you maybe want to talk to me? |
| Subject: | We should be friends |
| Subject: | If you don't want these photos to get out |
| Minor Victim-1: | that would suck indeed |
| Minor Victim-1: | why are you threatening me |
| Subject: | I'll cut you a deal . . . |
| Subject: | Are you interested? |
| Minor Victim-1: | not really but why |
| Minor Victim-1: | like |
| Minor Victim-1: | what would you hope to gain |
| Minor Victim-1: | im literally just trying to live my life in peace n shit and i know i did some dumb stuff in the past but like there is 0 reason for anyone to be threatening this shit on me |
| Subject: | Well I have these pictures and if you don't send me more I'm going to send them to your friends and family |

|  |  |
|---|---|
| . . . | |
| Subject: | Your my slut now Andy [sic] failure to make me happy will end up exposed to your friends and family |
| Minor Victim-1: | uh |
| Minor Victim-1: | no |
| Minor Victim-1: | and if you dont stfu, delete the goddamn pictures from when i was 14 and fuck off |
| Minor Victim-1: | im going to get my boyfriend to fuck you up |
| Subject: | Ok, have fun being ruined [heart emoji] |
| . . . | |
| Subject: | I was gonna pay you to make some stuff for me while I had these pics |
| Minor Victim-1: | make what |
| Subject: | Videos, you could have made them with him |
| Subject: | Lil tapes |
| Subject: | But if you don't wanna do stuff I'll just post everything it's fine |
| Minor Victim-1: | why do you want to do this |
| Minor Victim-1: | other than the power |
| Subject: | I love power, and tbh most of the time I do this to sisters of people to get videos of them sucking off their brothers but you are an exception |

6. Based on my review of records provided by Discord and Apple, Inc., I believe that the Subject is CARSEN MANSFIELD, the defendant, and that MANSFIELD, conducted the above-described actions from Newburgh, New York in Orange County, based on the following:

   a. The Subject Discord Account was associated with a phone number ending in -6814 (the "6814 Number"). The 6814 Number and the email address cmansfield1502@icloud.com, are associated with the iCloud account belonging to CARSEN MANSFIELD, the defendant.

   b. The Subject Discord Account logged onto Discord from an IP address at 1:45 a.m. EDT on August 4, 2024 (the "August 4 IP Address").

   c. The August 4 IP Address resolves to a residence located on Sunset Cove Road in Newburgh, New York (the "Sunset Cove Address"). I believe MANSFIELD spends time at the Sunset Cove Address because, on or about January 29, 2025, a law enforcement officer from the Town of Newburgh Police Department met with MANSFIELD, at the Sunset Cove Address. During that interaction, MANSFIELD represented that the Sunset Cove Address belonged to his grandparents. Finally, I have reviewed an application for employment in the name of CARSEN MANSFIELD saved to MANSFIELD's iCloud account mentioned above, dated July 17, 2024, in which MANSFIELD, listed the Sunset Cove Road Address as his home address.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of CARSEN MANSFIELD, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

    /s/ William Laham (signed by VR with permission)
WILLIAM LAHAM
Special Agent
Federal Bureau of Investigation

Sworn to me through the transmission of
this Affidavit by reliable electronic means,
pursuant to Federal Rules of Criminal Procedure
41(d)(3) and 4.1, this __9th__ day of April, 2025.

_____
THE HONORABLE VICTORIA REZNIK
United States Magistrate Judge
Southern District of New York

4